UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ANGEL DOMINGUEZ RAMIREZ, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00148-JAW |
| | ) | |
| CHRISTOPHER DOUGHTY, et al. | ) | |
| | ) | |
| Respondents | ) | |

# JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr., on March 30, 2026;

The Amended Petition for Writ of Habeas Corpus, ECF 10 is granted. The unverified Petition for Writ of Habeas Corpus, ECF 1 is Dismissed as moot.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: March 30, 2026